■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SUSAN SILVER, Appellant. [903 NYS2d 761]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Patricia D. Marks, J.—Violation of Probation). Present—Scudder, P.J., Peradotto, Carni, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW L. TOWNSEND, Appellant. [903 NYS2d 763]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Oneida County Court, Barry M. Donalty, J.—Manslaughter, 1st Degree). Present—Scudder, P.J., Peradotto, Carni, Pine and Gorski, JJ.